**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff,
JOYCE CHAVEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE CHAVEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>STANISLAUS CREDIT CONTROL SERVICE, INC.,<br><br>   Defendant(s). | Case No.: 1:17-cv-01515-LJO-SAB<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES Plaintiff, DAVID WEISBERG ("Plaintiff"), by and through the undersigned counsel, to inform this Honorable Court that the parties in the above-captioned case have reached a settlement on an individual (i.e., not class-wide) basis. The parties are diligently working on the settlement documentation and Plaintiff anticipates filing a voluntary dismissal of this action with prejudice as to Plaintiff's individual claims pursuant to FED. R. CIV. P. 41(a)(1)(A) within sixty (60) days. Plaintiff requests that the Court vacate all pending hearings and

- 1 -

deadlines in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Date: August 29, 2018

                    **MARTIN & BONTRAGER, APC**

                    By:*/s/ Nicholas J. Bontrager*
                        Nicholas J. Bontrager
                        Attorneys for Plaintiff

**PROOF OF SERVICE**

I filed electronically on this 29th day of September, 2018, **NOTICE OF SETTLEMENT**, with:

United States District Court CM/ECF system

Notification sent electronically on this 29th day of August 2018, to:

> Mark E. Ellis
> Anthony P.J. Valenti
> ELLIS LAW GROUP, LLP
> 1425 River Park Drive, Suite 400
> Sacramento, CA  95815

This 29th day of August 2018

<u>s/Nicholas J. Bontrager</u>

Nicholas J. Bontrager