# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE CHAVEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>STANISLAUS CREDIT CONTROL SERVICE, INC.,<br><br>          Defendant. | Case No. 1:17-cv-01515-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10)<br><br>OCTOBER 30, 2018 DEADLINE |

On August 29, 2018, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before October 30, 2018.

IT IS SO ORDERED.

Dated: **August 30, 2018**

UNITED STATES MAGISTRATE JUDGE

1