**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Suite 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
JOYCE CHAVEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE CHAVEZ,<br><br>                  Plaintiff,<br><br>      vs.<br><br>STANISLAUS CREDIT CONTROL SERVICE, INC.,<br><br>                  Defendant(s). | Case No.: 1:17-cv-01515-LJO-SAB<br><br>**STIPULATION TO DISMISS ENTIRE MATTER WITH PREJUDICE** |

NOW COMES Plaintiff, JOYCE CHAVEZ, and Defendant, STANISLAUS CREDIT CONTROL SERVICE, INC., by and through the undersigned counsel, and hereby jointly move this Honorable Court for a dismissal of the instant matter in its entirety, with prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.

///

///

///

- 1 -

STIPULATION TO DISMISS

RESPECTFULLY SUBMITTED,

Dated: October 31, 2018          **MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorney for Plaintiff*

Dated: October 31, 2018          **ELLIS LAW GROUP, LLP**

By: /s/ Mark Ellis

Mark Ellis
*Attorney for Defendant*

## PROOF OF SERVICE

I, Nicholas J. Bontrager, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 6464 W. Sunset Blvd., Suite 960, Los Angeles, CA 90028. On October 31, 2018, I served the following documents:

**STIPULATION TO DISMISS**

On all parties of record, through counsel

By the following means of service:

[X]  **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X]  **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on October 31, 2018, at Los Angeles, California.

By: /s/ Nicholas J. Bontrager
      Nicholas J. Bontrager