# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE CHAVEZ, | Case No. 1:17-cv-01515-LJO-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | (ECF No. 12) |
| STANISLAUS CREDIT CONTROL SERVICE, INC., | |
| Defendant. | |

On October 31, 2018, a stipulation was filed to dismiss this action with prejudice. (ECF No. 12.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice, without an award of costs or attorney's fees.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **October 31, 2018**

_____
UNITED STATES MAGISTRATE JUDGE